IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARIS MOULE, On Behalf of Herself and All Others Similarly Situated | Case No.: 10 C 3990 |
| Plaintiff, | Related Cases: |
| v. | 10 C 4026 |
| | 10 C 4264 |
| BP CORPORATION NORTH AMERICA, INC., BP AMERICA INC., BP p.l.c., B.P. CORPORATION NORTH AMERICA INC. SAVINGS PLAN INVESTMENT OVERISGHT COMMITTEE, ANTHONY B. HAYWARD, LAMAR MCKAY, GREGORY T. WILLIAMSON, STEPHANIE C. ATKINS, RICHARD DORAZIL, NEIL SHAW, THOMAS L. TAYLOR, STATE STREET BANK AND TRUST and JOHN DOES 1-20, | 10 C 4337 |
| | 10 C 4390 |
| | 10 C 4448 |
| | Judge Rebecca R. Pallmeyer |
| Defendants. | |

**RESPONSE OF ERISA PLAINTIFF EDWARD F. MINEMAN TO THE MOULE PLAINTIFFS' MOTION FOR ENTRY OF [PROPOSED] PRETRIAL ORDER NO. 1: (1) CONSOLIDATING THE RELATED ERISA ACTIONS AND (2) APPOINTING INTERIM CO-LEAD AND LIAISON COUNSEL**

Edward F. Mineman, the plaintiff in the putative ERISA class action against British Petroleum - related persons and entities, *Edward F. Minemen v. BP Corporation North America, Inc., et al,* No. 10 C 4390 (Judge Pallmeyer), by his undersigned counsel, hereby responds to the Motion of ERISA Plaintiffs Charis Moule, Jerry T. McGuire and Maureen S. Riley For Entry Of [Proposed] Pretrial Order No. 1: (1) Consolidating the Related ERISA Actions and (2) Appointing Interim Co-Lead and Liaison Counsel.

The motion should be denied without prejudice as premature until the Judicial Panel on Multidistrict Litigation rules on whether the ERISA class actions against BP should be

consolidated and assigned to a single judge, and to which judge(s).[1] Until the Panel rules, it would be premature for this Court to decide case organization and leadership issues which, if this Court is not the designated judge, would then burden a different designated judge. While Plaintiff Mineman does not question this Court's authority to decide the merits of the Moule Plaintiffs' motion now, Mineman respectfully suggests that any such order should await the Panel's ruling on the ultimate venue of the ERISA cases against BP.

If the Court does, in its discretion, consider the Moule Plaintiffs' motion on the merits at this stage, Mineman does not oppose the motion except to the extent that it requests the appointment of lead plaintiffs and interim class counsel before other applicants have had a reasonable opportunity to present their own applications. In particular, as to the request for interim class counsel appointment, Fed. R. Civ.P. Rule 23 (g)(3) permits a court to designate interim class counsel before deciding whether to certify the action as a class action, and Rule 23 (g)(2) directs that if more than one adequate applicant seeks appointment, the court must appoint the applicant "best able" to represent the interests of the class. In appointing interim class counsel, the court is to consider such matters as the work counsel has done in identifying potential claims, counsel's experience, counsel's knowledge of the applicable law, the resources counsel will commit to representing the class and other pertinent matters. *See* Rule 23 (g)(1)(A) and (B).

Here, the ERISA cases against BP are at their inception and other counsel should be afforded a reasonable opportunity to present evidence concerning the Rule 23 (g)(1)(A) factors for a determination of who will be "best able" to represent the interests of the ERISA class. The

---

[1] On July 29, 2010, the Panel heard argument concerning who should be the transferee judge or judges of the various BP litigations, including economic loss cases, environmental cases, securities cases and derivatives cases. The Panel has set a deadline of August 5, 2010 for the filing of responses to the Moule Plaintiffs' motion before the Panel to transfer all BP ERISA cases to this Court, with a hearing before the Panel likely to follow in September 2010.

first to file is not necessarily the best able to represent the class. *See*, *e.g., In re: The Goodyear Tire & Rubber Co. ERISA Litigation*, 5:03 CV 02182, 2004, U.S. Dist. LEXIS 26706*15-16 (N.D. Ohio, April 22, 2004) (rejecting, as inconsistent with Congressional intent, first-to-file as a basis for an interim class counsel appointment ). Further, the three-way co-lead counsel structure proposed by the Moule Plaintiffs may not provide the most efficient, streamlined representation. *See Smith v. AON Corp.*, 04 C 6875, Doc. 47 (N.D.Ill. May 3, 2005) (Norgle J.)(selecting a single firm with ERISA experience over a proposed six-firm team). While the Moule Plaintiffs' counsel certainly have substantial experience in ERISA class cases, so does Mineman's counsel and so do other firms which have filed ERISA cases against BP. The interests of the class will be better served if Mineman's counsel and any other interested counsel have the opportunity to show why they may be best able to represent the class.

For these reasons, Plaintiff Mineman asks that the Moule Plaintiffs' motion be denied without prejudice as premature, and that the Court schedule the filing of motions for the appointment of interim class counsel if this Court is designated by the Judicial Panel On Multidistrict Litigation to preside, with the Court's consent, over the BP ERISA cases.

Dated: August 6, 2010  Respectfully submitted,

STULL, STULL & BRODY

s/Edwin J. Mills
Edwin J. Mills
6 East 45th Street
New York, New York 10017
Telephone: (212) 687-7230
Fax: (212) 490-2022

Attorneys for Plaintiff
Edward F. Mineman in No. 10 C 4390

Designated Local Counsel:
**ROBERT D. ALLISON & ASSOCIATES**
Robert D. Allison
122 South Michigan Avenue
Suite 1850
Chicago, IL 60603
(312) 427-7600
Firm I.D. No. 36749

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Response of ERISA Plaintiff Edward F. Mineman to The Moule Plaintiffs' Motion for Entry Of [Proposed] Pretrial Order No. 1: (1) Consolidating the Related ERISA Actions and (2) Appointing Interim Co-Lead and Liaison Counsel have been served, in accordance with Fed. R. Civ. P. 5, via electronic means on August 6, 2010 on the following counsel:

Charles R. Watkins
**FUTTERMAN HOWARD ASHLEY WATKINS & WELTMA, P.C.**
122 South Michigan Avenue, Suite 1850
Chicago, IL 60603
Email: cwatkins@futtermanhoward.com

Krstopher S. Ritter
**KIRKAND & ELLIS LLP**
300 North LaSalle Street
Chicago, IL 60553
Email: krstopher.ritter@kirkland.com

Aron J. Frakes
Wilber H. Boies
**MCDERMOTT, WILL & EMERY LLP**
227 West Monroe Street #4400
Chicago, IL 60606-5096
Email: ajfrakes@mwe.com
Email: bboies@mwe.com

Ronald S. Kravitz
Kim S. Zeldin
**LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP**
199 Fremont Street, # 2000
San Francisco, CA 94105
Email: rkravitz@linerlaw.com
Email: kzeldin@linerlaw.com

Dona Szak
Thomas Robert Ajamie
**AJAMIE LLP**
711 Louisiana, Suite 2150
Houston, TX 77002
Email: dszak@ajamie.com
Email: tajamie@ajamie.com

Marvin A. Miller
**MILLER LAW LLC**
115 LaSalle Street, Suite 2910
Chicago, IL 60603
Email: mmiller@millerlawllc.com

Sanford P. Dumain
**MILBERG LLP**
One Pennsylvania Plaza
New York, NY 10019
Email: sdumain@milberg.com

Robert I. Harwood
**HARWOOD FEFFER LLP**
488 Madison Avenue
New York, NY 10022-5725
Email: rharwood@hfesq.com

W. Mark Lanier
**THE LANIER LAW FIRM**
68 10 FM 1960 West
Houston, TX 77069
Email: jrm@lanierlawfirm.com

Stephen J. Fearon, Jr.
Olga Ana Posmyk
Joseph Goljan
**SQUITIERI & FEARON LLP**
32 East 57th Street, 12th Floor
New York, New York 10022
Email: stephen@sfclasslaw.com
Email: olga@sfclasslaw.com
Email: jgolian@sfclasslaw.com

| | |
|---|---|
| Gregory M. Egleston<br>**EGLESTON LAW FIRM**<br>360 Furman Street, Suite 443<br>Brooklyn, NY 11201<br>Email: egleston@gme-law.com<br>Email: greg.egleston@gmail.com | Kenneth A. Wexler<br>**WEXLER WALLACE LLP**<br>55 W. Monroe Street, Suite 3300<br>Chicago, Ilinois 60603<br>kaw@wexlerwallace.com |
| Robert D. Allison<br>Bruce C. Howard<br>Steven Paul Schneck<br>**ROBERT D. ALLISON & ASSOCIATES**<br>122 South Michigan Avenue, Suite 1850<br>Chicago, IL 60603<br>Email: rdalaw@ix.netcom.com<br>Email: bchoward@ix.netcom.com<br>Email: spschneckjazzlaw@yahoo.com | Mitchell L. Marinello<br>Laura Elizabeth Towbin<br>**NOVACK & MACEY**<br>100 North Riverside Plaza, Suite 1500<br>Chicago, IL 60606<br>Email: mmarnello@novackmacey.com<br>Email: ltowbin@novackmacey.com |

/s/ Edwin J. Mills_____
Edwin J. Mills