IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARIS MOULE, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BP CORPORATION NORTH AMERICA, INC., BP AMERICA, INC., BP p.l.c., BP CORPORATION NORTH AMERICA INC. SAVINGS PLAN INVESTMENT OVERSIGHT COMMITTEE, ANTHONY B. HAYWARD, LAMAR MCKAY, GREGORY T. WILLIAMSON, STEPHANIE C. ATKINS, RICHARD DORAZIL, NEIL SHAW, THOMAS L. TAYLOR, STATE STREET BANK AND TRUST and JOHN DOES 1-10,<br><br>Defendants. | No.: 10 C 3990<br><br>Related Cases:<br><br>10 C 4026<br>10 C 4264<br>10 C 4337<br>10 C 4390<br>10 C 4448<br><br>Judge Rebecca R. Pallmeyer |

**RESPONSE OF ERISA PLAINTIFF DAVID M. HUMPHRIES TO THE MOULE PLAINTIFFS' MOTION FOR ENTRY OF [PROPOSED] ORDER NO. 1: (1) CONSOLIDATING THE RELATED ERISA ACTIONS AND (2) APPOINTING INTERIM CO-LEAD AND LIAISON COUNSEL**

David M. Humphries, the Plaintiff in the ERISA putative class action against British Petroleum-related persons and entities, *David M. Humphries v. BP Corporation North America, et al*, Case No. 10-cv-4264 (Judge Pallmeyer), hereby responds to the Motion of ERISA Plaintiffs Charis Moule, Jerry T. McGuire, and Maureen S. Riely For Entry Of [Proposed] Pretrial Order No. 1: (1) Consolidating the Related ERISA Actions and (2) Appointing Interim Co-Lead and Liaison Counsel.

49114v1

Humphries requests that the motion be denied as premature. The Judicial Panel on Multidistrict Litigation ("Panel") has not yet ruled on whether the ERISA class actions against BP should be consolidated and assigned to a single judge, nor has it selected one or more judges to hear the cases.[1] Until the Panel rules, it would be premature for this Court to decide case organization and leadership issues.[2] Given that these matters involve discretion, it would be more appropriate for the judge or judges selected by the Multidistrict Panel to decide how the case or cases should be structured and which firm or firms should act as lead counsel. Accordingly, Humphries respectfully requests that the Court wait until the Panel rules on the ultimate venue of the ERISA cases against BP before establishing a briefing and hearing schedule to decide the appropriate leadership structure and whether to consolidate the related ERISA class actions into one or more class actions.

Alternatively, if the Court decides to consider the Moule Plaintiffs' motion on the merits at this time, Humphries opposes the motion to the extent that it requests the consolidation of all ERISA class actions and the appointment of lead plaintiffs and interim class counsel. The Moule Plaintiffs' motion should not be considered until other applicants have had a reasonable opportunity to present their own applications on these matters.

With respect to consolidation, Humphries notes that several of the ERISA class actions allege claims involving different class periods, different theories of liability (claims arising out of the pre and post-spill investment in artificially inflated company stock versus the post-spill

---

[1] There are three MDL proceedings relating to BP: MDL No. 2179 (*In Re Oil Spill by the Oil Rig "Deepwater Horizon in the Gulf of Mexico on April 20, 2010), MDL No. 2185 (In Re: BP p.l.c. Securities Litigation*), and MDL No. 2189 (*In Re: BP Securities Derivative and Employee Retirement Income Security Act (ERISA) Litigation*). On July 29, 2010, the Panel heard argument concerning who should be the transferee judge or judges in MDL Nos. 2179 and 2185. The Panel hearing for MDL No. 2189 is scheduled for September 2010. The BP Defendants have identified the ERISA actions as possible "tag along" cases to MDL No. 2179. *See* Notice of Related Actions, *In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010*, MDL 2179, Docket No. 199, attached hereto as Exhibit A.
[2] *See Sevel v. AOL Time Warner, Inc.*, 232 F.Supp.2d 615, 618 (E.D. Va. 2002) (denying as premature a motion to appoint lead counsel where a motion to transfer and consolidate related actions was still pending before the Panel).

2

investment in company stock based on publicly available information), and different defendants. Presumably, the BP defendants will bring a battery of motions to dismiss that may result in significant changes to some of the actions and may further influence which firm or groups of firms may be the best suited to prosecute the ERISA claims.

Furthermore, with respect to the request for interim class counsel appointment, Fed. R. Civ. P. Rule 23(g)(3) permits a court to designate interim class counsel before deciding whether to certify the class as a class action, and Rule 23(g)(2) directs that if more than one adequate applicant sees appointment, the court must appoint the applicant "best able" to represent the interests of the class. In appointing interim class counsel, the court is to consider such matters as the work counsel has done in identifying potential claims, counsel's experience, counsel's knowledge of the applicable law, the resources counsel will commit to representing the class, and other pertinent matters. *See* Rule 23(g)(1)(A) and (B).

Here, the ERISA cases against BP are at their inception and all counsel should be afforded a reasonable opportunity to present evidence concerning the Rule 23(g)(1)(A) factors for a determination of who will be "best able" to represent the interests of the ERISA class or classes, particularly where the ERISA complaints contain different proposed class periods, different plaintiffs and defendants, and different theories of liability. The first to file is not necessarily the best able to represent the class. *See e.g., In re: The Goodyear Tire & Rubber Co. ERISA Litigation*, 5:03 CV 02182, 2004, U.S. District LEXIS 26706 at *15-16 (N.D. Ohio, April 22, 2004) (rejecting first-to-file as a basis for interim class counsel appointment in ERISA actions as to do so would violate the Manual for Complex Litigation's requirement that the court conduct an "independent review" of proposed Lead Counsel's relative qualifications).

Moreover, the three-way co-lead counsel structure proposed by the Moule Plaintiffs may not provide the most effective or efficient use of the resources of counsel. Counsel for Humphries has over a decade of experience litigating company stock-related ERISA claims, as well as significant trial and oil and gas experience. Counsel for Moule and the other firms also have substantial experience in ERISA class cases, and the possibility exists for a variety of leadership structures that include the most effective use of the talent and resources that these firms may apply in prosecuting a complex case straddling multiple areas of unique substantive law. The interests of the plaintiffs will be better served if interested counsel have a reasonable opportunity to show why they may be best able to represent the classes and whether a different leadership structure may be more appropriate given the nature of the claims and the class periods alleged.

For these reasons, Humphries requests that the Moule Plaintiffs' motion be denied as premature, and that once the Judicial Panel decides which court will preside over the BP ERISA cases, this Court hold a status conference and set a date for further proceedings concerning the organization of the cases and the selection of class counsel.

Dated: August 6, 2010        Respectfully submitted,

                             By:  /s/ Ronald S. Kravitz
                                  Ronald S. Kravitz

                             LINER GRODE STEIN YANKELEVITZ
                             SUNSHINE REGENSTREIF & TAYLOR LLP
                             Ronald S. Kravitz
                             Kim Zeldin
                             199 Fremont Street, Suite 2000
                             San Francisco, CA 94105
                             Tel: 415-489-7700
                             Fax: 415-489-7701

Thomas R. Ajamie
**AJAMIE LLP**
Pennzoil Place – South Tower
711 Louisiana, Suite 2150
Houston, TX 77002
Tel: 713.860.1600
Fax: 713.860.1699

Mitchell L. Marinello
Laura Towbin
**NOVACK AND MACEY LLP**
100 N. Riverside Plaza, Suite 1500
Chicago, Illinois 60606
Tel: 312.419.6900
Fax: 312,419.6928

Attorneys for Plaintiff
David M. Humphries

# CERTIFICATE OF SERVICE

I, Ronald S. Kravitz, certify that on August 6, 2010, service of the foregoing document was accomplished through ECF, and service made electronically upon the individuals on the attached Service List:

**RESPONSE OF ERISA PLAINTIFF DAVID HUMPHRIES TO THE MOULE PLAINTIFFS' MOTION FOR ENTRY OF [PROPOSED] ORDER NO. 1: (1) CONSOLIDATING THE RELATED ERISA ACTIONS AND (2) APPOINTING INTERIM CO-LEAD AND LIAISON COUNSEL**

/s/ Ronald S. Kravitz
Ronald S. Kravitz

LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP
Ronald S. Kravitz
Randall J. Sunshine
Kim Zeldin
199 Fremont Street, Suite 2000
San Francisco, CA 94105
Tel: 415-489-7700
Fax: 415-489-7701
(rkravitz@linerlaw.com)
(rsunshine@linerlaw.com)
(kzeldin@linerlaw.com)

Thomas R. Ajamie
**AJAMIE LLP**
Pennzoil Place – South Tower
711 Louisiana, Suite 2150
Houston, TX 77002
Tel: 713.860.1600
Fax: 713.860.1699

Mitchell L. Marinello
**NOVACK AND MACEY LLP**
100 N. Riverside Plaza, Suite 1500
Chicago, Illinois 60606
Tel: 312.419.6900
Fax: 312,419.6928

Attorneys for Plaintiff
David M. Humphries
(ERISA Plaintiff)

## SERVICE LIST

Edwin J. Mills  
Stull, Stull & Brody  
6 East 45th Street  
New York, New York 10017  

**Attorneys for Plaintiff Edward F. Mineman (ERISA Plaintiff)**

Marvin A. Miller  
Matthew E. Van Tine  
Miller Law LLC  
115 E. LaSalle Street  
Suite 2910  
Chicago, IL 60603  

**Plaintiffs for Plaintiffs Charis Moule, Jerry T. McGuire and Maureen S. Riely (ERISA Plaintiffs)**

Sanford P. Dumain  
Lori G. Feldman  
Arvind B. Khurana  
Milberg LLP  
One Pennsylvania Plaza  
New York, NY 10119  

**Attorneys for Plaintiffs Charis Moule, Jerry T. McGuire and Maure)**

Robert I. Harwood  
Jeffrey M. Norton  
Tanya Korkhov  
Harwood Feffer LLP  
488 Madison Avenue  
New York, NY 10022  

**Attorneys for Plaintiffs Charis Moule, Jerry T. McGuire and Maureen S. Riely (ERISA Plaintiffs)**

W. Mark Lanier  
Evan M. Janush  
The Lanier Law Firm  
6810 FM 1960 West  
Houston, TX 77069  

**Attorneys for Plaintiffs Charis Moule (ERISA Plaintiff)**

Major Khan  
Major Khan LLC  
112 Avenue of the Americas  
Suite 4100  
New York, NY 10036  

**Attorneys for Jerry T. McGuire (ERISA Plaintiff)**

Charles R. Watkins  
Futterman Howard Ashley  
Watkins & Weltman, P.C.  
122 S. Michigan Avenue, Suite 1850  
Chicago, IL 60603  

**Attorneys for Plaintiffs Syed Arshadullah and Ron Pierce (ERISA Plaintiffs)**

| | |
|---|---|
| Robert A. Izard<br>Matthew Tuccill<br>Wayne T. Moulton<br>Izard Noble LLP<br>29 S. Main St., Suite 215<br>West Harford, CT 06107 | **Attorneys for Plaintiffs Syed Arshadullah and Ron Pierce (ERISA Plaintiffs)** |
| Ronen Sarrraf<br>Joseph Gentile<br>Sarraf Gentile LLP<br>116 John St., Suite 2310<br>New York, NY 10038 | **Attorneys for Plaintiffs Syed Arshadullah and Ron Pierce (ERISA Plaintiffs)** |
| Robert D. Allison<br>Robert D. Allison & Associates<br>122 S. Michigan Avenue, Suite 1850<br>Chicago, IL 60603 | **Attorneys for Plaintiff Edward F. Mineman (ERISA Plaintiff)** |
| Thomas R. Ajamie<br>AJAMIE LLP<br>Pennzoil Place – South Tower<br>711 Louisiana, Suite 2150<br>Houston, TX 77002 | **Attorneys for Plaintiff David M. Humphries (ERISA Plaintiff)** |
| Mitchell L. Marinello<br>NOVACK AND MACEY LLP<br>100 N. Riverside Plaza, Suite 1500<br>Chicago, Illinois 60606 | **Attorneys for Plaintiff David M. Humphries (ERISA Plaintiff)** |
| Stephen J. Fearon, Jr.<br>Squitieri & Fearon, LLP<br>32 East 57th Street, 12th Floor<br>New York, NY 10022 | **Attorney for Plaintiff Ralph Whitley (ERISA Plaintiff)** |
| Gregory M. Egleston<br>Egleston Law Firm<br>360 Furman Street, Suite 443<br>Brooklyn, NY 11201 | **Attorney for Plaintiff Ralph Whitley (ERISA Plaintiff)** |
| Kristopher S. Ritter<br>Kirkland & Ellis LLP<br>300 N. LaSalle Street<br>Chicago, IL 60654 | **Attorneys for Defendants BP Corporation North America, Inc., BP America, Inc., BP P.L.C., BP Corporation North America Inc. Savings Plan Investment Oversight Committee, Anthony Hayward, Lamar McKay, Gregory T. Williamson, Stephanie** |

|  |  |
|---|---|
|  | C. Atkins, Richard Dorazil, Neil Shaw and Thomas L. Taylor (ERISA Defendants) |
| Andrew Langan, P.C.<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654 | **Attorney for Defendants BP plc and BP America Inc.**<br>**(ERISA Defendants)** |
| Wilber H.C. Boies<br>McDermott Will & Emory<br>227 West Monroe Street<br>Chicago, IL 60606-5096 | **Attorney for State Street Bank & Trust**<br>**(ERISA Defendant)** |